UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>TRAVIS MITCHELL,<br><br>           Defendant. | CASE NO.: 21-CR-1687-H<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

**IT IS HEREBY ORDERED** that Travis Mitchell's Unopposed Motion for Early Termination of his Supervised Release is GRANTED and that Tavis Mitchell's term of supervised release is hereby TERMINATED.

**IT IS SO ORDERED**.

Dated: 10/28/2024

                                  *Marilyn L. Huff*
                          **HONORABLE MARILYN L. HUFF**
                          UNITED STATES DISTRICT COURT JUDGE